AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| Creative Intellects Inc., et al ) | | |
| *Plaintiff* ) | | |
| v. ) | Civil Action No. | 2:21-cv-02670-RGK-AFM |
| Patrick Haygood, et al ) | | |
| *Defendant* ) | | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   07/20/2022

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 9-15-22

CLERK OF COURT

*Signature of Clerk or Deputy Clerk* 1149

Case 2:22-mc-01224-RDP   Document 1   Filed 09/20/22   Page 2 of 5
Case 2:21-cv-02670-RGK-AFM   Document 117   Filed 07/19/22   Page 1 of 3   Page ID #:2645

JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE INTELLECTS INC. and INTELLECTS CAPITAL LLC, Individually and Derivatively on Behalf of Nominal Defendants ATLANTIC CROSS EQUIPMENT, LLC and A.X.E., LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> PATRICK HAYGOOD, ROBERT THOMPSON, TRACEY RENEE MCKINNEY, RESERVATION LAND MANAGEMENT (A PROFESSIONAL CORPORATION), and SABINE HOLDINGS, LLC, <br><br> Defendants, <br><br> and <br><br> ATLANTIC CROSS EQUIPMENT, LLC, and A.X.E., LLC, <br><br> Nominal Defendants. | Civil Action No. 2:21-cv-02670-RGK-AFM <br><br> Judge: Hon. R. Gary Klausner <br><br> [PROPOSED] JUDGMENT  [116] <br><br> NOTE: CHANGES MADE BY THE COURT |
| PATRICK HAYGOOD, TRACEY RENEE MCKINNEY, RESERVATION LAND MANAGEMENT, ATLANTIC CROSS EQUIPMENT, LLC, AND A.X.E., LLC <br><br> Counter-Claim Plaintiffs, <br><br> v. | |

Leader Berkon Colao & Silverstein LLP
Attorneys at Law

|   |   |
|---|---|
| 1 | ROBERT THOMPSON, an individual person, |
| 2 |   |
| 3 | Counter-Claim Defendants. |

Plaintiffs Creative Intellects Inc. and Intellects Capital LLC ("Plaintiffs") brought the present action for statutory securities violations, fraud, breach of fiduciary duty, breach of contract, unfair competition, and conversion against defendants ROBERT THOMPSON ("Thompson") and SABINE HOLDINGS, LLC ("Sabine"), seeking an award of damages, attorneys' fees, and pre- and post-judgment interest on all such amounts at the maximum legal rate.

The Court took Plaintiffs' Motion for Entry of Default Judgment against Thompson and Sabine (the "Motion") under submission and, after considering the Motion and all supporting evidence and other matters presented to the Court granted the Motion and entered an order thereon on July 14, 2022. (ECF 115). For the reasons set forth in the Court's order, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment is entered in favor of Plaintiffs and against Thompson and Sabine, with prejudice.

2. Defendants Thompson and Sabine are ordered to pay Plaintiffs, individually, monetary relief in the amount of Two Million, One Hundred Thousand Dollars ($2,100,000), plus pre-judgment interest of $73,382.14.

3. Defendants Thompson and Sabine are ordered to pay Plaintiffs, derivatively on behalf of ACE, monetary relief in the amount of Seven Hundred Forty-Three Thousand, Eight Hundred Forty Dollars ($743,840), plus prejudgment interest of $25,494.09.

4. Defendants Thompson and Sabine are ordered to pay Plaintiffs, derivatively on behalf of AXE, monetary relief in the amount of Thirty-Six Thousand

Dollars ($36,000), plus prejudgment interest of $1201.88.

5. Defendant Thompson is ordered to pay Plaintiffs, derivatively on behalf of ACE, monetary relief in the amount of Five Million Dollars ($5,000,000), plus pre-judgment interest of $191,910.03.

6. Defendant Sabine is ordered to pay Plaintiffs, derivatively on behalf of AXE, monetary relief in the amount of Five Hundred Fifty-Five Thousand and Five Hundred Fifty-Five Dollars ($555,555), plus pre-judgment interest of $18,816.32.

7. Post-judgment interest shall accrue on the Award as determined pursuant to 28 U.S.C. § 1961, beginning on the date Judgment is entered.

IT IS SO ORDERED

DATED: 7/19/2022

THE HON. R. GARY KLAUSNER

I hereby attest and certify on 9-15-22 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

1175